## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Division

    Mary Renee Jernigan
Plaintiff

v.                                     Civil Action No. 3:17-cv-03256-L

    National Credit Adjusters LLC
Defendant

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the Defendant named below:

National Credit Adjusters LLC

---

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

                                                            KAREN S. MITCHELL, CLERK
                                                            U.S. DISTRICT COURT

                                                            s/R. Carter
                                                            By: Deputy Clerk on 12/29/2017